UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN E. MOBLEY, individually and on behalf of
those similarly situated,

        Plaintiff,

v.

FAY SERVICING LLC,

        Defendant.

Civil Action No. 0:21-cv-62488-WPD

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court upon the parties' Stipulation of Dismissal With Prejudice ("Joint Stipulation") [DE 34], and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Joint Stipulation [DE 34] is **APPROVED**;

2. This matter is hereby **DISMISSED WITH PREJUDICE**;

3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 20th day of July, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record